**FILED**

**MAR 21 2022**

U.S. BANKRUPTCY COURT
Chattanooga, Tennessee

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**

IN RE:

Joseph Peter Waters
Cassandra Ann Waters

    Debtor.

_____/

Case No. 19-10255
Honorable Nicholas W Whittenburg
Chapter 13

## MIDLAND CREDIT MANAGEMENT, INC.'S NOTICE OF SATISFACTION OF PROOF OF CLAIM #13

**NOW COMES** Creditor, Midland Credit Management, Inc. as agent for Midland Funding, LLC, and hereby provides notice that the Proof of Claim #13 filed on March 1, 2019 in the amount of $692.60 has been satisfied.

Respectfully submitted:

**Angela Walmsley on behalf of Midland Credit Management, Inc.**

/s/ Angela Walmsley
Lead Bankruptcy Specialist
PO Box 2011
Warren, MI 48090
(877) 495-2902
MBX_ILMS_Bankruptcy@MCMCG.com

Dated: March 17, 2022